UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DONALD SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-00004 |
| RONALD THURMAN | ) ) ) |
| Defendant. | ) ) |

# ORDER

Before the Court is the Magistrate Judge Alistair Newbern's Report and Recommendation ("R&R") (Doc. No. 16) recommending that the Court grant Defendant Ronald Thurman's Motion to Dismiss (Doc. No. 13). Plaintiff Donald Smith has not filed any objections to the R&R despite the R&R's specific warnings regarding waiver. (Id. at 14).

When neither party objects to the R&R within 14 days of service, the Court need not review the matter independently. Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings."). Nevertheless, the Court reviewed the R&R and agrees with its recommended disposition.

Accordingly, the R&R (Doc. No. 16) is **APPROVED AND ADOPTED**, and Thurman's Motion to Dismiss (Doc. No. 13) is **GRANTED**. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE